[No. 3420–2. Division Two. May 23, 1979.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD ERICKSON, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. CR–107, John H. Kirkwood, J., entered March 17, 1978. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Reed and Soule, JJ.

[No. 3155–2. Division Two. May 23, 1979.]

THE STATE OF WASHINGTON, *Respondent*, v. PERCY THOMAS, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. C–3285, Jay W. Hamilton, J., entered October 11, 1977. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Reed and Soule, JJ.

[No. 2859–3. Division Three. May 24, 1979.]

*In the Matter of the Estate of* GEORGE SZARZEC.

Appeal from a judgment of the Superior Court for Franklin County, No. 3896, Robert S. Day, J., entered March 24, 1978. *Affirmed* by unpublished opinion per Roe, J., concurred in by Green, C.J., and Munson, J.

[No. 6548–1. Division One. May 29, 1979.]

ANTHONY FERNANDEZ, *Appellant*, v. LAWRENCE WALDT, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 844384, David C. Hunter, J., entered May 10, 1978. *Affirmed* by unpublished per curiam opinion.